**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **STEPHEN JONES, *et al.*** | * | |
| **Plaintiffs,** | * | |
| | * | **Civil Case No.: SAG-25-02445** |
| **v.** | * | |
| **PERDUE FARMS INC., *et al.*** | * | |
| **Defendants.** | * | |

* * * * * * * * * *

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiffs' Motion for Reconsideration, ECF 38, is DENIED.

Date: March 30, 2026

/s/
Stephanie A. Gallagher
United States District Judge